UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ANUSHAN NAVARADNAM | CIVIL ACTION NO. 6:20-cv-1453 |
| VERSUS | JUDGE SUMMERHAYS |
| DEP'T OF HOMELAND SECURITY, ET AL. | MAGISTRATE JUDGE HANNA |

## **JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the Government's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) (Rec. Doc. 15) is **GRANTED**, the plaintiff's petition for writ of habeas corpus is **DISMISSED** without prejudice, and this proceeding is terminated, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 19th day of August, 2021.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE